UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                              :
                                    :
JONA HARVEY                         :
                                    :    Bankruptcy No. 1018116
        Debtor(s)                   :    Chapter 13

## ORDER

AND NOW, this 13TH day of July, 2011, after notice and hearing, the above-captioned case is hereby dismissed.

FOR THE COURT

_____
Stephen Raslavich, B.J.

Copies served on:

Frederick L. Reigle, Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

JONA HARVEY
P O BOX 01512
MEDIA PA 19063

DAVID M SIEGEL ESQ
237 BALTIMORE PIKE
SPRINFFIELD PA 19064